IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN M. CASEY,

    Plaintiff,

v.                                                                                           4:19cv229–WS/HTC

DONALD TRUMP, U.S. PRESIDENT,
et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 9) docketed July 9, 2019. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed pursuant to 28 U.S.C. § 1915(g), based on the plaintiff's failure to disclose his prior litigation history. The plaintiff has filed objections (ECF No. 11) to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 9) is ADOPTED and incorporated into this order by reference.

2. The plaintiff's complaint and this action are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

3. The plaintiff's second motion (ECF No. 8) to proceed *in forma pauperis* is DENIED.

4. The remaining pending motions (ECF Nos. 4 & 5) are DENIED.

5. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this   6th   day of   August  , 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE